**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 14, 2023

Nathan Ochsner, Clerk

In
Re:     Craig M. Coscarelli

**Debtor(s)**                          Case No.: 22–33240

Chapter:  7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 2/14/23

_____

Jeffrey P. Norman
United States Bankruptcy Judge